# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149011

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                     SC: 149011
                                                      COA: 319395
                                                      Ingham CC: 12-000684-FH
LAVAR TONY BURTON,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the January 31, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014

s0721                                          Clerk